

# NUMBER 13-18-00421-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Contreras, Longoria, and Hinojosa**
**Per Curiam Order**

Relator, the Office of the Attorney General of Texas (OAG), filed a petition for writ of mandamus and motion for temporary stay in the above cause on August 3, 2018. The OAG contends that the trial court lacked jurisdiction to enjoin the OAG, thereby abusing its discretion when it ordered the OAG to deposit the proceeds of the sale of the family home into the registry of the court. By motion for temporary stay, the OAG seeks to stay the trial court's July 18, 2018 order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for temporary stay, is of the opinion that the motion should be granted. The motion for temporary stay is

GRANTED and the trial court's order of July 18, 2018 is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). We trust that the OAG will comply with its obligations to the parties and the trial court with regard to the preservation and maintenance of the funds at issue in this original proceeding.

The Court requests that the real party in interest, S.G., or any others whose interest would be directly affected by the relief sought, including but not limited to D.D.I.G., file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of August, 2018.